| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION  FILED | 1:05CR00315-006 OWW |
| E-Filing | CR PM 12 02 | DOCKET NUMBER (Rec. Court) |
| | RICHARD W. WIEKING  DISTRICT   DIVISION  NORTHERN DISTRICT OF CALIFORNIA | CR 07 0475 WHA |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| KURT MARVIN KLINGER  Latonville, CA  (City/State only) | Eastern District of California | Southern - Fresno |

| | NAME OF SENTENCING JUDGE | |
|---|---|---|
| | Oliver W. Wanger | |
| DATES OF PROBATION: | FROM  06/25/2007 | TO  06/24/2009 |

**OFFENSE**   21 USC 841(a)(1) and 841(b)(1)(D) - Manufacture of Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-3-07
Date

_____
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

July 19, 2007
Effective Date

_____
United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office