**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**FILED**

AUG 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102–3489

CR 07- 475 WHA

**RE:**      **USA vs.**
**USDC No.:**   **1:05–CR–00315–OWW**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
July 03, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 371.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**August 8, 2007**        /s/ **A. Gil–Garcia**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER:

PROB 22

**TRANSFER OF JURISDICTION**

FILED

E-Filing

**DOCKET NUMBER** *(Tran. Court)*
1:05CR00315-008 OWW

**DOCKET NUMBER** *(Rec. Court)*

CR 07 0475 WHA

RICHARD W. WIEKING
DISTRICT COURT
NORTHERN DISTRICT OF CA

**NAME AND ADDRESS OF PROBATIONER**

KURT MARVIN KLINGER
Latonville, CA
(City/State only)

FILED

AUG 0 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __J. HELLINGS__
DEPUTY CLERK

| **DISTRICT** | **DIVISION** |
|---|---|
| Eastern District of California | Southern - Fresno |

**NAME OF SENTENCING JUDGE**

Oliver W. Wanger

| **DATES OF PROBATION:** | **FROM** | **TO** |
|---|---|---|
| | 06/25/2007 | 06/24/2009 |

**OFFENSE**    21 USC 841(a)(1) and 841(b)(1)(D) - Manufacture of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-3-07
Date

United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

July 19, 2007
Effective Date

United States District Judge

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

I hereby attest and certify on 8 8 07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By _____ Deputy

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

Case 3:07-cr-00475-WHA   Document 2   Filed 08/10/2007   Page 3 of 21

AO 245B-CAED (Rev. 3/04) Sheet 1 Judgment in a Criminal Case   Case 1:05-cr-00315-OWW   Document 361   Filed 06/28/2007   Page 1 of 5

# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**KURT MARVIN KLINGER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **1:05-CR-00315-006**

James A. Bustamante
Defendant's Attorney

### THE DEFENDANT:

[✔]   pleaded guilty to count(s): One of the Information .

[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.

[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) and 841(b)(1)(D) | Manufacture of Marijuana | 05/24/2004 through 08/30/2005 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]   Count(s) all remaining of the Information (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.   [✔]   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 25, 2007
Date of Imposition of Judgment

/s/ Oliver W. Wanger
Signature of Judicial Officer

I hereby attest and certify on 8/8/07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

June 28, 2007
Date

CASE NUMBER:     1:05-CR-00315-006                                                Judgment - Page 2 of 5
DEFENDANT:       KURT MARVIN KLINGER

# PROBATION
The defendant is hereby sentenced to probation for a term of 24 months as to count one.


The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]      The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]      The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]      The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]      The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]      The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION
1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:      1:05-CR-00315-006                                          Judgment - Page 3 of 5
DEFENDANT:        KURT MARVIN KLINGER

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court.

3.  The defendant shall provide the probation officer with access to any requested financial information.

4.  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

5.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

6.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if his has reverted to the use of drugs or alcohol.

7.  The Defendant shall be prohibited from using prescription Marijuana and/or Marinol.

8.  The defendant shall not possess or have access to any paging device or cellular phone without the advance permission of the probation officer. The defendant shall provide all billing records for such devices, whether used for business or personal, to the probation officer upon request.

9.  The defendant shall not use alcohol excessively.

10. The defendant shall complete 50 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program, on a sliding scale as determined by the program. Community service shall be completed within the first year of supervision.

11. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

12. The defendant shall register, as required in the jurisdiction in which his resides, as a drug offender.

CASE NUMBER:      1:05-CR-00315-006                                         Judgment - Page 4 of 5
DEFENDANT:        KURT MARVIN KLINGER

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine     | Restitution |
|---------|------------|----------|-------------|
| Totals: | $ 100.00   | $ 500.00 | $           |

[ ]    The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

       If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| TOTALS:       | $ __        | $ __                |                        |

[]    Restitution amount ordered pursuant to plea agreement $ __

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

       [ ]   The interest requirement is waived for the      [ ] fine      [ ] restitution

       [ ]   The interest requirement for the        [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:       1:05-CR-00315-006                                    Judgment - Page 5 of 5
DEFENDANT:         KURT MARVIN KLINGER

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [✔]      Lump sum payment of $ 600.00 due immediately, balance due

        [ ]      not later than __ , or
        [ ]      in accordance with      [ ] C,   [ ] D,   [ ] E, or      [ ] F below; or

B   [ ] Payment to begin immediately (may be combined with      [ ] C,   [ ] D, or [ ] F below); or

C   [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

1 | MCGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 |

**FILED**

APR 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6 |

7 |        IN THE UNITED STATES DISTRICT COURT FOR THE

8 |                EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,          )  CR. NO. 05-0315 OWW
                                      )
11 |            Plaintiff,             )  VIOLATIONS: 21 U.S.C. §§
                                      )  841(a)(1), 841(b)(1)(A), and
12 |        v.                         )  846 - Conspiracy to
                                      )  Manufacture, to Distribute and
13 | DAVID LEE CROSSLEY,               )  to Possess with the Intent to
    FREDDIE ALLEN DELGADO,            )  Distribute Marijuana; 21 U.S.C.
14 | BENJAMIN JEFFREY LOMAX,           )  § 841(a)(1), 841(b)(1)(A), and
    VICTOR RAUL SUAREZ, JR.,          )  18 U.S.C. § 2 - Manufacture of
15 | SCOTT ARTHUR McKINNEY,            )  Marijuana and Aiding and
    KURT MARVIN KLINGER,              )  Abetting; 21 U.S.C. §
16 | JULIANNE KERKLING STAHL,          )  841(a)(1), 841(b)(1)(A), and 18
    GABRIEL JEDIDIAH SCHOENSTEIN,     )  U.S.C. § 2 - Possession with
17 | MICHELLE KEVORKIAN,               )  Intent to Distribute Marijuana
    MICHAEL LAWRENCE SANCHEZ,         )  and Aiding and Abetting; 21
18 | and                              )  U.S.C. §§ 841(a)(1),
    RICHARD ALBERT CHRISTOFFERSEN,    )  841(b)(1)(D), and 860 and 18
19 |                                  )  U.S.C. § 2 - Possession with
              Defendants.             )  Intent to Distribute Marijuana
20 |                                  )  Near Secondary School, and
                                      )  Aiding and Abetting; 21 U.S.C.
21 | I hereby attest and certify on  8/8/07  )  § 841(a)(1), 841(b)(1)(C), and
    that the foregoing document is a full, true  )  18 U.S.C. § 2 - Possession with
22 | and correct copy of the original on file in my  )  Intent to Distribute Cocaine
    office and in my legal custody.   )  and Aiding and Abetting; 21
23 |        VICTORIA C. MINOR          )  U.S.C. §§ 841(a)(1),
    CLERK, U.S. DISTRICT COURT        )  841(b)(1)(C), and 860 and 18
24 | EASTERN DISTRICT OF CALIFORNIA    )  U.S.C. § 2 - Possession with
                                      )  Intent to Distribute Cocaine
25 | By_____Deputy         )  Near Secondary School, and
                                      )  Aiding and Abetting; 21 U.S.C.
26 |                                  )  § 853(a) - Criminal Forfeiture

27 |        S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

28 |

                              1

1  COUNT ONE:        [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 -
                     Conspiracy to Manufacture, to Distribute and to
2                    Possess with the Intent to Distribute Marijuana]

3        The Grand Jury charges:  T H A T

4                          DAVID LEE CROSSLEY,
                           FREDDIE ALLEN DELGADO,
5                          BENJAMIN JEFFREY LOMAX,
                           VICTOR RAUL SUAREZ, JR.,
6                          SCOTT ARTHUR McKINNEY,
                           KURT MARVIN KLINGER,
7                          JULIANNE KERKLING STAHL,
                           GABRIEL JEDIDIAH SCHOENSTEIN,
8   .                      MICHELLE KEVORKIAN,
                           MICHAEL LAWRENCE SANCHEZ, and
9                          RICHARD ALBERT CHRISTOFFERSEN,

10 defendants herein, beginning at a time unknown to the Grand Jury,

11 but no later than on or about May 24, 2004, and continuing to on

12 or about August 30, 2005, in the State and Eastern and Northern

13 Districts of California, and elsewhere, did knowingly and

14 intentionally conspire with others, both known and unknown to the

15 Grand Jury, to manufacture, to distribute, and to possess with

16 the intent to distribute 1,000 kilograms or more of a mixture or

17 substance containing a detectable amount of marijuana, a Schedule

18 I controlled substance, in violation of Title 21, United States

19 Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

20 ///

21 ///

22 ///

23

24

25

26

27

28

2

1    COUNT TWO:        [21 U.S.C. § 841(a)(1) and 841(b)(1)(A) and 18
                       U.S.C. § 2 - Manufacture of Marijuana and Aiding
2                      and Abetting]

3        The Grand Jury further charges:   T H A T

4                            DAVID LEE CROSSLEY,
                             FREDDIE ALLEN DELGADO,
5                            BENJAMIN JEFFREY LOMAX,
                             VICTOR RAUL SUAREZ, JR.,
6                            SCOTT ARTHUR McKINNEY,
                             KURT MARVIN KLINGER,
7                            JULIANNE KERKLING STAHL,
                             MICHAEL JAMES McALISTER,
8                  ·        MICHAEL LAWRENCE SANCHEZ, and ·
                             RICHARD ALBERT CHRISTOFFERSEN,
9

10   defendants herein, beginning at a time unknown to the Grand Jury,

11   but no later than on or about May 24, 2004, and continuing to on

12   or about August 30, 2005, in the State and Eastern and Northern

13   Districts of California, and elsewhere, did knowingly and

14   intentionally manufacture 1,000 kilograms or more of marijuana, a

15   Schedule I controlled substance, in violation of Title 21, United

16   States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18,

17   United States Code, Section 2.

18   COUNT THREE:      [21 U.S.C. § 841(a)(1) and 841(b)(1)(A) and 18
                       U.S.C. § 2 - Possession with Intent to Distribute
19                     Marijuana and Aiding and Abetting]

20       The Grand Jury further charges:   T H A T

21                           DAVID LEE CROSSLEY,
                             FREDDIE ALLEN DELGADO,
22                           BENJAMIN JEFFREY LOMAX,
                             VICTOR RAUL SUAREZ, JR.,
23                           SCOTT ARTHUR McKINNEY,
                             KURT MARVIN KLINGER,
24                           JULIANNE KERKLING STAHL,
                             GABRIEL JEDIDIAH SCHOENSTEIN,
25                           MICHELLE KEVORKIAN,
                             MICHAEL LAWRENCE SANCHEZ, and
26                           RICHARD ALBERT CHRISTOFFERSEN,

27   defendants herein, beginning at a time unknown to the Grand Jury,

28   but no later than on or about February 13, 2004, and continuing

                               3

1  to on or about August 30, 2005, in the State and Eastern and
2  Northern Districts of California, and elsewhere, did knowingly
3  and intentionally possess  with intent to distribute and aid and
4  abet the possession with intent to distribute 1,000 kilograms or
5  more of marijuana, a Schedule I controlled substance, in
6  violation of Title 21, United States Code, Sections 841(a)(1) and
7  841(b)(1)(A), and Title 18, United States Code, Section 2.

8  COUNT FOUR:    [21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 860; 18
                  U.S.C. § 2 - Possession with Intent to Distribute
9                 Marijuana Near Secondary School, and Aiding and
                  Abetting]
10
           The Grand Jury further charges:  T H A T
11
                  GABRIEL JEDIDIAH SCHOENSTEIN and
12                        MICHELLE KEVORKIAN,

13  defendants herein, on or about August 30, 2005, in the County of
14  Fresno, State and Eastern District of California, did knowingly
15  and intentionally possess with intent to distribute, and aid and
16  abet the possession with intent to distribute marijuana, a
17  Schedule I controlled substance, in violation of Title 21, United
18  States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18,
19  United States Code, Section 2, within 1,000 feet of the real
20  property comprising Clovis West High School, a public secondary
21  school.

22      All in violation of Title 21, United States Code, Section
23  841(a)(1), 841(b)(1)(D), and 860.
24  ///
25  ///
26  ///
27
28

4

1  COUNT FIVE:    [21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18
                  U.S.C. § 2 - Possession with Intent to Distribute
2                 Cocaine and Aiding and Abetting]

3       The Grand Jury further charges:  T H A T

4                 GABRIEL JEDIDIAH SCHOENSTEIN, and
                         MICHELLE KEVORKIAN,
5
    defendants herein, beginning at a time unknown to the Grand Jury,
6
    but no later than on or about August 30, 2005, in the State and
7
    Eastern and Northern Districts of California, and elsewhere, did
8
    knowingly and intentionally possess with intent to distribute and
9
    aid and abet the possession with intent to distribute a mixture
10
    or substance containing a detectable amount of cocaine, a
11
    Schedule II controlled substance, in violation of Title 21,
12
    United States Code, Sections 841(a)(1) and 841(b)(1)(C), and
13
    Title 18, United States Code, Section 2.
14
    COUNT SIX:     [21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 860; 18
15                 U.S.C. § 2 - Possession with Intent to Distribute
                   Cocaine Near Secondary School, and Aiding and
16                 Abetting]

17      The Grand Jury further charges:  T H A T

18                 GABRIEL JEDIDIAH SCHOENSTEIN and
                         MICHELLE KEVORKIAN,
19
    defendants herein, on or about August 30, 2005, in the County of
20
    Fresno, State and Eastern District of California, did knowingly
21
    and intentionally possess with intent to distribute, and aid and
22
    abet the possession with intent to distribute cocaine, a Schedule
23
    II controlled substance, in violation of Title 21, United States
24
    Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United
25
    States Code, Section 2, within 1,000 feet of the real property
26
    comprising Clovis West High School, a public secondary school.
27
        All in violation of Title 21, United States Code, Section
28
    841(a)(1), 841(b)(1)(C), and 860.

                              5

1  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) - Criminal Forfeiture]

2      The Grand Jury further charges:

3                          MICHELLE KEVORKIAN

4  defendant herein, as follows:

5      Upon conviction of one or more of the controlled substance

6  offenses alleged in Count(s) 1, 3, 4, 5, and 6 of this Second

7  Superseding Indictment, defendant MICHELLE KEVORKIAN, shall

8  forfeit to the United States pursuant to 21 U.S.C. § 853, any

9  property constituting, or derived from, proceeds obtained,

10 directly or indirectly, as a result of the said violation(s) and

11 any property used, or intended to be used, in any manner or part,

12 to commit, or to facilitate the commission of the said

13 violation(s), including but not limited to the following:

14
15              a.   Real property located at 8927 N. Millbrook,
                Fresno, California, APN: 402-232-26, including all
                appurtenances and improvements thereto.
16

17     If any property subject to forfeiture, as a result of the

18 offenses alleged in Count(s)1, 3 and 4 of this Superseding

19 Indictment:

20     (1)  cannot be located upon the exercise of due diligence;

21     (2)  has been transferred or sold to, or deposited with, a

22          third person;

23     (3)  has been placed beyond the jurisdiction of the Court;

24     (4)  has been substantially diminished in value; or

25     (5)  has been commingled with other property which cannot be

26          subdivided without difficulty;

27 it is the intent of the United States, pursuant to 21 U.S.C. §

28 853(p), to seek forfeiture of any other property of said

                                6

1  defendant up to the value of the property subject to forfeiture.

2                                    A TRUE BILL.

3

4                                    _____
                                     FOREPERSON

5

6  McGREGOR W. SCOTT
   United States Attorney
7

8  By_____
   MARK E. CULLERS
9  Assistant U.S. Attorney
   Chief, Fresno Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00315-OWW-6
## Internal Use Only

Case title: USA et al v. Crossley et al

Date Filed: 09/12/2005
Date Terminated: 06/25/2007

Assigned to: Judge Oliver W. Wanger

### Defendant

**Kurt Marvin Klinger** (6)
*TERMINATED: 06/25/2007*

represented by **James A. Bustamante**
Law Office of James Bustamante
809 Montgomery Street
Second Floor
San Francisco, CA 94133
415394-3800
Fax: 415394-3806
Email: jenny@jacksonsquarelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21 USC 841(a)(1) and 841(b)(1)(D) -
MANUFACTURE OF MARIJUANA
(1sss)

### Disposition

Probation 24 months. Fine $500. Special
Assessment $100. Community Service 50
hours.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

CONSPIRACY TO MANUFACTURE, TO
DISTRIBUTE AND TO POSSESS WITH THE
INTENT TO DISTRIBUTE MARIJUANA
(1)

21:841(a)(1),841(b)(1)(A),and 846-
CONSPIRACY TO MANUFACTURE,TO
DISTRIBUTE AND TO POSSESS WITH THE
INTENT TO DISTRIBUTE MARIJUANA
(1s)

21 USC 841(a)(1) and 841(b)(1)(A) and 846
CONSPIRACY TO MANUFACTURE, TO
DISTRIBUTE, AND TO POSSESS WITH
THE INTENT TO DISTRIBUTE
MARIJUANA
(1ss)

MANUFACTURE OF MARIJUANA AND
AIDING AND ABETTING
(2)

### Disposition

Dismissed

Dismissed

Dismissed

Dismissed

I hereby attest and certify on 9/8/07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By                    Deputy

| | |
|---|---|
| 21:841(a)(1),841(b)(1)(A),and 18:2-<br>MANUFACTURE OF MARIJUANA AND<br>AIDING AND ABETTING<br>(2s) | Dismissed |
| 21 USC 841(a)(1) and 841(b)(1)(A) and 18<br>USC 2; MANUFACTURE OF MARIJUANA<br>AND AIDING AND ABETTING<br>(2ss) | Dismissed |
| POSSESSION WITH INTENT TO<br>DISTRIBUTE MARIJUANA AND AIDING<br>AND ABETTING<br>(3) | Dismissed |
| 21:841(a)(1),841(b)(1)(A),and 18:2-<br>POSSESSION WITH INTENT TO<br>DISTRIBUTE MARIJUANA AND AIDING<br>AND ABETTING<br>(3s) | Dismissed |
| 21 USC 841(a)(1) and 841(b)(1)(A) and 18<br>USC 2; POSSESSION WITH INTENT TO<br>DISTRIBUTE MARIJUANA AND AIDING<br>AND ABETTING<br>(3ss) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

21:841(a)(1); 21:846; and 21:843(b) -
CONSPIRACY TO MANUFACTURE, TO
DISTRIBUTE, AND TO POSSESS WITH
INTENT TO DISTRIBUTE MARIJUANA,
AND UNLAWFULLY USED A
COMMUNICATION FACILITY

---

**Plaintiff**

**USA**                                    represented by **Karen Ann Escobar**
United States Attorney
2500 Tulare Street
Suite 4401
Fresno, CA 93721
(559) 497-4094
Fax: (559) 497-4099
Email: karen.escobar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobbie J Montoya, flu**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2775
Fax: 916-554-2900
Email: Bobbie.Montoya@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Stephanie Hamilton Borchers**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4080
Fax: 559-4974099
Email: Stephanie.Borchers@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2005 | ❶1 | COMPLAINT as to Kurt Marvin Klinger (1). (Rooney, M) [1:05-mj-00226-LJO *SEALED*] (Entered: 08/31/2005) |
| 08/29/2005 | 2 | (Court only) NO BAIL ARREST WARRANT ISSUED by Lawrence J. O'Neill as to Kurt Marvin Klinger; warrant issued on 8/26/05. (Rooney, M) [1:05-mj-00226-LJO *SEALED*] (Entered: 08/31/2005) |
| 08/29/2005 | ❸3 | APPLICATION for an order sealing criminal/complaint by USA as to Kurt Marvin Klinger. (Rooney, M) [1:05-mj-00226-LJO *SEALED*] (Entered: 08/31/2005) |
| 08/29/2005 | ❹4 | ORDER to SEAL CASE as to Kurt Marvin Klinger; order signed by Judge Lawrence J. O'Neill on 8/29/05. (Rooney, M) [1:05-mj-00226-LJO *SEALED*] (Entered: 08/31/2005) |
| 09/08/2005 | ❶14 | *SEALED* INDICTMENT as to David Lee Crossley (1) count(s) 1, 2, 3, Freddie Allen Delgado (2) count(s) 1, 2, 3, Benjamin Jeffrey Lomax (3) count(s) 1, 2, 3, Victor Raul Suarez, Jr (4) count(s) 1, 2, 3, Scott Arthur McKinney (5) count(s) 1, 2, 3, Kurt Marvin Klinger (6) count(s) 1, 2, 3, Julianne Kerkling Stahl (7) count(s) 1, 2, 3, Andrew David Cowel (8) count(s) 1, 2, 3, Michael James McAlister (9) count(s) 1, 2, 3, Donald Lee Glaspie (10) count(s) 1, 2, 3, Gabriel Jedidiah Schoenstein (11) count(s) 1, 2, 3, 4, Michael Lawrence Sanchez (12) count(s) 1, 2, 3, Joseph Mitchell Ramirez (13) count(s) 1, 2, 3, Bartholomew Pilgrim Hensley (14) count(s) 1, 2, 3, Richard Albert Christoffersen (15) count(s) 1, 2, 3. (Attachments: # 1 True bill Crossley# 2 True bill Delgado# 3 True bill Lomax# 4 True bill Suarez Jr.# 5 True bill McKinney# 6 True bill Klinger# 7 True bill Stahl# 8 True bill Cowel# 9 True bill McAlister# 10 True bill Glaspie# 11 True bill Schoenstein# 12 True bill Sanchez# 13 True bill Ramirez# 14 True bill Hensley# 15 True bill Christoffersen) (Sanchez, C) (Entered: 09/12/2005) |
| 09/12/2005 | 15 | (Court only) **ARREST WARRANT ISSUED by *Lawrence J. O'Neill * as to Kurt Marvin Klinger. Bailed fixed at *$No Bail* Charging Document: Indictment ** Title *21* Section *841* re *CONSPIRACY TO MANUFACTURE, TO DISTRIBUTE AND TO POSSESS WITH THE INTENT TO DISTRIBUTE MARIJUANA* (Sanchez, C) (Entered: 09/12/2005) |
| 10/03/2005 | ❹46 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Kurt Marvin Klinger. (Hellings, J) (Entered: 10/04/2005) |
| 10/03/2005 | | (Court only) CASE UNSEALED as to David Lee Crossley, Freddie Allen Delgado, Benjamin Jeffrey Lomax, Victor Raul Suarez, Jr, Scott Arthur McKinney, Kurt Marvin Klinger, Julianne Kerkling Stahl, Andrew David Cowel, Michael James McAlister, Donald Lee Glaspie, Gabriel Jedidiah Schoenstein, Michael Lawrence Sanchez, Joseph Mitchell Ramirez, Bartholomew Pilgrim Hensley, Richard Albert Christoffersen (Lucas, G) (Entered: 10/04/2005) |
| 10/05/2005 | ❺50 | MINUTES for proceedings held before Judge Oliver W. Wanger : TEXT ENTRY ONLY-STATUS CONFERENCE as to David Lee Crossley, Freddie Allen Delgado, Benjamin Jeffrey Lomax, Victor Raul Suarez, Jr, Scott Arthur McKinney, Kurt Marvin |

| | | |
|---|---|---|
| | | Klinger, Julianne Kerkling Stahl, Andrew David Cowel, Michael James McAlister, Donald Lee Glaspie, Gabriel Jedidiah Schoenstein, Michael Lawrence Sanchez, Joseph Mitchell Ramirez, Bartholomew Pilgrim Hensley, Richard Albert Christoffersen held on 10/3/2005. XT Start: 10/3/05 Stop: 12/12/05 Governments Motions due by 10/11/2005. Responses due by 10/31/2005. Motion Hearing set for 11/7/2005 at 01:30 PM in Courtroom 2 (OWW) before Judge Oliver W. Wanger. Further Status Conference continued to 12/12/2005 at 01:30 PM in Courtroom 2 (OWW) before Judge Oliver W. Wanger. Government Counsel K. Escobar present. Defense Counsel All parties represented by counsel. Custody Status: Crosseley/Schoenstein-custody. Court Reporter/CD Number: K. Lopez. (Lucas, L) (Entered: 10/05/2005) |
| 10/05/2005 | ●51 | MINUTE ORDER: TEXT ENTRY ONLY- Defendants ANDREW COWEL and KURT KLINGER have not been arraigned in this court. ARRAIGNMENT will take place 11/7/2005 at 1:30 before Honorable Oliver W. Wanger. (Lucas, L) (Entered: 10/05/2005) |
| 10/05/2005 | ● | SERVICE BY MAIL: [51] Minute Order (CR) served on Joseph C Morehead, Robert Sherman Wynne, (Lucas, L) (Entered: 10/05/2005) |
| 10/20/2005 | ●61 | NOTICE of NONCOMPLIANCE WITH ELECTRONIC FILING REQUIREMENT: attorneys Joseph C. Morehead and Robert Sherman Wynne are directed to register for ECF. (Hutcheson, C) (Entered: 10/20/2005) |
| 10/20/2005 | ● | SERVICE BY MAIL: 61 Notice of Noncompliance served on Joseph C. Morehead, Robert Sherman Wynne. (Hutcheson, C) (Entered: 10/20/2005) |
| 11/07/2005 | ●77 | MINUTES for proceedings held before Judge Oliver W. Wanger on 11/7/2005 : TEXT ONLY ENTRY - Conflict motions argued and all are denied. Defendant Cowel arraigned on the Indictment. The conditions of release for all defendantS who were released in the Northern District of California are modified to delete the warrantless search condition. (Next hearing already set for 12/12/2005 at 1:30 PM)Government Counsel K. Escobar present. Court Reporter/CD Number: P. Crawford. (Lucas, G) (Entered: 11/08/2005) |
| 11/08/2005 | ●79 | NOTICE of ATTORNEY APPEARANCE: James A. Bustamante appearing for Kurt Marvin Klinger (Lundstrom, T) (Entered: 11/09/2005) |
| 12/12/2005 | ●116 | MINUTES for proceedings held before Judge Oliver W. Wanger : TEXT ONLY ENTRY -STATUS CONFERENCE as to all defendants held on 12/12/2005. Motions regarding venue due by 2/13/2006. Responses due by 3/6/2006. Motion Hearing set for 3/13/2006 at 01:30 PM in Courtroom 2 (OWW) before Judge Oliver W. Wanger. XE Start: 12/12/2005 Stop: 3/13/2006 Government Counsel K. Escobar present. Defense Counsel present present. Custody Status: On Bond. Court Reporter/CD Number: P. Crawford. (Lucas, G) (Entered: 12/15/2005) |
| 12/23/2005 | 118 | (Court only) RECEIVED Deed of Trust 2005-0134597 posted by Michelle R. Simpson as to defendant Kurt M. Klinger. (Deed in Vault) (Keeler, P) (Entered: 12/23/2005) |
| 12/23/2005 | ●119 | RECEIPT for Surrender of PASSPORT as to Kurt Marvin Klinger. Passport Number 057142489 issued by USA. Receipt Number 100-202730. (Passport in Vault) (Keeler, P) (Entered: 12/23/2005) |
| 03/02/2006 | ●149 | SUPERSEDING INDICTMENT as to David Lee Crossley (1) count(s) 1s, 2s, 3s, Freddie Allen Delgado (2) count(s) 1s, 2s, 3s, Benjamin Jeffrey Lomax (3) count(s) 1s, 2s, 3s, Victor Raul Suarez, Jr (4) count(s) 1s, 2s, 3s, Scott Arthur McKinney (5) count(s) 1s, 2s, 3s, Kurt Marvin Klinger (6) count(s) 1s, 2s, 3s, Julianne Kerkling Stahl (7) count (s) 1s, 2s, 3s, Michael James McAlister (9) count(s) 1s, 2s, 3s, Donald Lee Glaspie (10) count(s) 1s, 2s, 3s, Gabriel Jedidiah Schoenstein (11) count(s) 1s, 2s, 3s, 4s, Michael Lawrence Sanchez (12) count(s) 1s, 2s, 3s, Richard Albert Christoffersen (15) count(s) 1s, 2s, 3s, Michelle Kevorkian (16) count(s) 1, 3, 4. (Attachments: # 1 True Bill & Dft information) (Gil-Garcia, A) (Entered: 03/02/2006) |
| | | |

| 03/02/2006 | 🔍151 | MOTION for JOINDER in *Co-Defendant's Motion to Transfer Case to the Northern District of California* by Kurt Marvin Klinger. Motion Hearing set for 3/13/2006 at 01:30 PM before Judge Oliver W. Wanger. (Bustamante, James) (Entered: 03/02/2006) |
| --- | --- | --- |
| 03/03/2006 | 🔍152 | STIPULATION re [116] Status Conference (CR), Set Deadlines/Hearings (CR), Status Conference (CR), Set Deadlines/Hearings (CR), [140] MOTION to CHANGE VENUE, [91] MOTION to DISMISS *INDICTMENT FOR VIOLATION OF DEFENDANT'S RIGHT TO DUE PROCESS AND EQUAL PROTECTION UNDER THE FIFTH AMENDMENT* by USA (Escobar, Karen) (Entered: 03/03/2006) |
| 03/03/2006 | 🔍153 | PROPOSED ORDER re 152 Stipulation (CR), Stipulation (CR)by USA as to David Lee Crossley, Freddie Allen Delgado, Benjamin Jeffrey Lomax, Victor Raul Suarez, Jr, Scott Arthur McKinney, Kurt Marvin Klinger, Julianne Kerkling Stahl, Andrew David Cowel, Michael James McAlister, Donald Lee Glaspie, Gabriel Jedidiah Schoenstein, Michael Lawrence Sanchez, Joseph Mitchell Ramirez, Bartholomew Pilgrim Hensley, Richard Albert Christoffersen, Michelle Kevorkian (Escobar, Karen) (Entered: 03/03/2006) |
| 03/10/2006 | 🔍160 | ORDER as to David Lee Crossley, Freddie Allen Delgado, Victor Raul Suarez, Jr, Scott Arthur McKinney, Kurt Marvin Klinger, Julianne Kerkling Stahl, Michael James McAlister, Donald Lee Glaspie, Joseph Mitchell Ramirez Responses due by 4/10/2006. Replies due by 4/17/2006. Status Conference/Motions hearing set for 4/24/2006 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. signed by Judge Oliver W. Wanger on 3/8/06. March 13, 2006 hearing is VACATED. (Alvarez, A) (Entered: 03/10/2006) |
| 04/14/2006 | 🔍184 | STIPULATION and PROPOSED ORDER to Continue Hearing by Freddie Allen Delgado (Greenberger, Shari) (Entered: 04/14/2006) |
| 04/27/2006 | 🔍191 | SECOND SUPERSEDING INDICTMENT as to David Lee Crossley (1) count(s) 1ss, 2ss, 3ss, Freddie Allen Delgado (2) count(s) 1ss, 2ss, 3ss, Benjamin Jeffrey Lomax (3) count(s) 1ss, 2ss, 3ss, Victor Raul Suarez, Jr (4) count(s) 1ss, 2ss, 3ss, Scott Arthur McKinney (5) count(s) 1ss, 2ss, 3ss, Kurt Marvin Klinger (6) count(s) 1ss, 2ss, 3ss, Julianne Kerkling Stahl (7) count(s) 1ss, 2ss, 3ss, Gabriel Jedidiah Schoenstein (11) count(s) 1ss, 3ss, 4ss, 5ss, 6ss, Michael Lawrence Sanchez (12) count(s) 1ss, 2ss, 3ss, Richard Albert Christoffersen (15) count(s) 1ss, 2ss, 3ss, Michelle Kevorkian (16) count (s) 1s, 3s, 4s, 5s, 6s, 7s. (Attachments: # 1 true bill/defendant information sheets) (Rooney, M) (Entered: 04/28/2006) |
| 05/04/2006 | 🔍193 | STIPULATION and PROPOSED ORDER by USA (Attachments: # 1 Proposed Order) (Escobar, Karen) (Entered: 05/04/2006) |
| 05/12/2006 | 🔍198 | MINUTES (text entry) for proceedings held before Judge Oliver W. Wanger :ARRAIGNMENT as to David Lee Crossley (1) Count 1ss,2ss,3ss and Freddie Allen Delgado (2) Count 1ss,2ss,3ss and Benjamin Jeffrey Lomax (3) Count 1ss,2ss,3ss and Victor Raul Suarez Jr. (4) Count 1ss,2ss,3ss and Kurt Marvin Klinger (6) Count 1ss,2ss,3ss and Julianne Kerkling Stahl (7) Count 1ss,2ss,3ss and Michelle Kevorkian (16) Count 1s,3s,4s,6s,7s and Gabriel Jedidiah Schoenstein (11) Count 1ss,3ss,4ss,5ss,6ss and Michael Lawrence Sanchez (12) Count 1ss,2ss,3ss and Richard Albert Christoffersen (15) Count 1ss,2ss,3ss held on 5/12/2006. NOT GUILTY PLEA ENTERED. Excludable starts 5/12/06 ends 8/22/06. Responses due by 7/17/2006. Motion Hearing set for 8/22/2006 at 11:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel K. Escobar present. Defense Counsel M. Coleman, S. Greenberger, S. Green, J. Clark, A. Ron, Z. Gilg, D. Bacon, D. Balakian, R. Winn, D. Blickenstaff present. Custody Status: (B). Court Reporter/CD Number: P. Crawford. (Alvarez, A) Modified on 5/25/2006 (Alvarez, A). (Entered: 05/15/2006) |
| 08/22/2006 | 🔍225 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE as to David Lee Crossley, Benjamin Jeffrey Lomax, Victor Raul Suarez, Jr, Kurt Marvin Klinger, Julianne Kerkling Stahl, Gabriel Jedidiah Schoenstein, Michael Lawrence Sanchez, Richard Albert Christoffersen, Michelle Kevorkian continued to 11/13/2006 at 11:00 AM in Courtroom 3 (OWW) before Judge Oliver W. |

| | | |
|---|---|---|
| | | Wanger. Government's response to motions set for 10/27/06. XT Start: 8/22/06 Stop: 11/13/06 Government Counsel K. Escobar present. Defense Counsel Counsel Coleman, Gilg, Bacon, Balakian, Schweitzer, Blickenstaff present. Custody Status: Bond. Court Reporter/CD Number: P. Crawford. (Robles, S) (Entered: 08/23/2006) |
| 11/13/2006 | ●260 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE as to Kurt Marvin Klinger continued to 1/8/2007 at 11:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 11/13/06 Stop: 1/8/07 Government Counsel K. Escobar present. Defense Counsel D. Balakian for J. Bustamante present. Custody Status: Bond. Court Reporter/CD Number: P. Crawford. (Robles, S) (Entered: 11/13/2006) |
| 12/04/2006 | ●267 | WAIVER of PERSONAL APPEARANCE by Kurt Marvin Klinger. (Bustamante, James) (Entered: 12/04/2006) |
| 01/08/2007 | ●279 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE as to Kurt Marvin Klinger continued to 2/5/2007 at 11:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 1/8/07 Stop: 2/5/07 Government Counsel K. Escobar present. Defense Counsel D. Harralson for J. Bustamante present. Custody Status: Bond. Court Reporter/CD Number: P. Crawford. (Robles, S) (Entered: 01/08/2007) |
| 02/05/2007 | ●301 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE as to Kurt Marvin Klinger held on 2/5/2007. Further Status Conference set for 3/5/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 2/5/2007 Stop: 3/5/2007 Government Counsel K. Escobar present. Defense Counsel J. Clark for J. Bustamante present. Custody Status: On Bond. Court Reporter/CD Number: P. Crawford. (Lucas, G) (Entered: 02/05/2007) |
| 03/05/2007 | ●320 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :STATUS CONFERENCE as to Kurt Marvin Klinger continued to 4/2/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 3/5/07 Stop: 4/2/07 Government Counsel K. Escobar present. Defense Counsel D. Balakian for J. Bustamante present. Custody Status: Bond-waiver. Court Reporter/CD Number: P. Crawford. (Robles, S) (Entered: 03/05/2007) |
| 04/02/2007 | ●324 | INFORMATION as to Kurt Marvin Klinger (6) count(s) 1sss. (Carter-Ford, R) (Entered: 04/02/2007) |
| 04/02/2007 | ●325 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :CHANGE of PLEA HEARING as to Kurt Marvin Klinger held on 4/2/2007. GUILTY PLEA ENTERED by Kurt Marvin Klinger (6) Guilty Count 1sss. Sentencing set for 6/25/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Defendant to remain on Pretrial Release.Government Counsel K. Escobar present. Defense Counsel J. Bustamante present. Custody Status: Bond. Court Reporter/CD Number: K. Lopez. (Robles, S) (Entered: 04/02/2007) |
| 04/02/2007 | ●326 | PLEA AGREEMENT as to Kurt Marvin Klinger. (Escobar, Karen) (Entered: 04/02/2007) |
| 04/02/2007 | ●327 | WAIVER of INDICTMENT by Kurt Marvin Klinger. (Escobar, Karen) (Entered: 04/02/2007) |
| 04/10/2007 | ●333 | CLERK'S NOTICE of DOCKET CORRECTION to Zenia Gilg re [330] Proposed Order - CR, [329] Request - General: Your document was filed incorrectly in this case. Please refile your document in case number [2:04-CR-00151 GEB]. (Hellings, J) (Entered: 04/10/2007) |
| 06/19/2007 | ●357 | SENTENCING MEMORANDUM by Kurt Marvin Klinger. (Attachments: # 1 Exhibit A)(Bustamante, James) (Entered: 06/19/2007) |
| 06/25/2007 | ●360 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :SENTENCING held on 6/25/2007 for Kurt Marvin Klinger (6), Count(s) 1, 1s, |

|  |  | 1ss, 2, 2s, 2ss, 3, 3s, 3ss, Dismissed; Count(s) 1ss, Probation 24 months. Fine \$500. Special Assessment \$100. Community Service 50 hours. DEFENDANT TERMINATED. Government Counsel K. Escobar present. Defense Counsel J. Bustamante present. Custody Status: Bond. Court Reporter/CD Number: K. Lopez. (Timken, A) (Entered: 06/26/2007) |
|---|---|---|
| 06/28/2007 | ❍361 | JUDGMENT and COMMITMENT as to Kurt Marvin Klinger signed by Judge Oliver W. Wanger on 06/27/07. (Kusamura, W) (Entered: 06/28/2007) |
| 08/02/2007 | ❍371 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Kurt Marvin Klinger. Signed by Judge Oliver W. Wanger on 7/3/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Gil-Garcia, A) (Entered: 08/08/2007) |
| 08/08/2007 | ❍372 | TRANSMITTAL of DOCUMENTS re 371 Probation 22 Out, on *7/3/2007* to * Northern District of California* *Box 36060* *450 Golden Gate Avenue* *San Francisco, CA 94102-3489*. *Electronic Documents: 1 to 371. *. (Gil-Garcia, A) (Entered: 08/08/2007) |